UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **DAVID CURTIS PATTERSON, JR.** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:15-CV-00634 |
| | § | RC-DDB |
| **ALLSTATE FIRE & CASUALTY** | § | |
| **INSURANCE COMPANY** | § | |
| | § | |
| Defendant | § | (Jury) |

## NOTICE OF NONSUIT

This Notice of Nonsuit is brought by David Curtis Patterson, Jr. In support, David Curtis Patterson, Jr shows:

David Curtis Patterson, Jr no longer desires to prosecute this suit against Defendant.

                                            Respectfully submitted,

                                            TIMOTHY R. HANEY
                                            108 N. Travis St.
                                            Sherman, TX 75090
                                            Tel: 903-868-3033
                                            Fax: 903-891-3379

                                            By:/c/ Timothy R. Haney
                                                Timothy R. Haney
                                                State Bar No. 00789344
                                                tim@timhaneylaw.com
                                                Attorney for David Curtis Patterson, Jr

**Certificate of Service**

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on December 29, 2015.

/s/ Timothy R. Haney
Timothy R. Haney
Attorney for David Curtis Patterson, Jr