IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **DAVID CURTIS PATTERSON, JR.,** | § § § § | |
| Plaintiff, | | |
| VS. | § § § | Case No. 4:15CV634 |
| **ALLSTATE FIRE & CASUALTY INSURANCE COMPANY** | § § § § | |
| Defendant. | § | |

## ORDER

Plaintiff filed a "Notice of Nonsuit" in this matter on December 29, 2015. *See* Dkt. 10. If Defendant opposes this request, a response shall be filed on or before January 19, 2016. Otherwise, the Court will assume Defendant is not opposed to the dismissal of this case without prejudice with all costs to be borne by the party incurring same and will proceed accordingly.

**SO ORDERED.**

**SIGNED this 11th day of January, 2016.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE