** NOT FOR PRINTED PUBLICATION **

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID CURTIS PATTERSON, JR. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:15-CV-00634 |
| | § | RC-DDB |
| ALLSTATE FIRE & CASUALTY | § | |
| INSURANCE COMPANY | § | |
| | § | |
| Defendant | § | (Jury) |

## ORDER GRANTING NONSUIT

The court, having considered the Notice of Nonsuit of David Curtis Patterson, Jr. (Dkt. 10), ORDERS this case dismissed without prejudice to David Curtis Patterson, Jr.'s right to refile it. All costs incurred are taxed against David Curtis Patterson, Jr., for which let execution issue if not paid.

So **ORDERED** and **SIGNED** this **27** day of **January, 2016.**

_____
Ron Clark, United States District Judge